# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CURTIS GILSTRAP and JESSICA GILSTRAP,** )<br>)<br>    **Plaintiffs,** )<br>)<br>**vs.** )<br>)<br>**AUTO-OWNERS INSURANCE COMPANY,** )<br>)<br>    **Defendant.** ) | **CIVIL ACTION FILE NO.:**<br>_____ |

## NOTICE OF REMOVAL

COMES NOW, Auto-Owners Insurance Company, ("Auto-Owners"), Defendant in the above-styled action and petitions for removal of the action herein referred from the Superior Court of Butts County, Georgia, to the United States District Court for the Middle District of Georgia, Macon Division, and respectfully shows the Court the following:

1.

Auto-Owners is a Defendant in a civil action brought against it in the Superior Court of Butts County, Georgia, and styled *Curtis Gilstrap & Jessica Gilstrap v. Auto-Owners Insurance Company*, Civil Action No. 2024-SU-V-0273, now pending

1

in said court. A copy of the Summons and Complaint in that action are attached hereto, marked Exhibit "A", and made a part hereof. A copy of the Answer filed by Auto-Owners in that action is attached hereto, marked Exhibit "B", and made a part hereof.

2.

Said action was commenced by service of process consisting of said Summons and Complaint upon Auto-Owners through its registered agent on July 22, 2024. The Summons, Complaint and Answer constitute all pleadings that have been filed in said Superior Court of Butts County. This Petition is timely filed within thirty (30) days of such service.

3.

There is diversity of citizenship among the parties. This is a controversy between Plaintiffs, residents of Georgia and Auto-Owners, a Michigan corporation, incorporated in Michigan, whose principal place of business is located at 6101 Anacapri Blvd., Lansing, MI 48917. Auto-Owners is not a citizen of the State of Georgia wherein this action was brought.

4.

As is set forth in the Complaint, the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is a civil action brought in the Superior Court for which this United States District Court has original jurisdiction due to diversity of citizenship, as well as the amount in controversy, under Section 1332 of Title 28 of the United States Code.

5.

Auto-Owners has given written notice of the filing of the Notice of Removal to Plaintiffs and to the Clerk of the Superior Court of Butts County. A copy of the Notice of Removal is attached hereto as Exhibit "C".

WHEREFORE, Auto-Owners prays that this petition be filed, and that said action be removed to and proceed in this Court, and that no further proceedings be had in said case in the Superior Court of Butts County, Georgia.

Respectfully submitted this 21st day of August, 2024.

                                          CHARTWELL LAW, LLP

                                          */s/ Karen K. Karabinos*
                                          Karen K. Karabinos
                                          Georgia Bar No. 423906

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct: (470) 660-8737
Main: (404) 410-1151
Fax:   (404) 738-1632
kkarabinos@chartwelllaw.com
kkelly@chartwelllaw.com

*/s/ Kevin P. Kelly*
Kevin P. Kelly
Georgia Bar No. 475246

*Counsel for Defendant*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing ***Defendant's Notice of Removal to Federal Court*** upon all parties to this matter by depositing a true and correct copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows:

**Matthew S. Brown**
**Merlin Law-Group**
**4887 Belfort Road, Suite 200**
**Jacksonville, FL 32256**
mbrown@merlinlawgroup.com
jmurad@merlinlawgroup.com

This 21st day of August, 2024.

CHARTWELL LAW, LLP

*/s/ Karen K. Karabinos*
Karen K. Karabinos
Georgia Bar No. 423906

*Counsel for Defendant*

3200 Cobb Galleria Pkwy.
Bldg. 200, Ste. 250
Atlanta, GA 30339
Direct: (470) 660-8737
Main: (404) 410-1151
Fax:   (404) 738-1632
kkarabinos@chartwelllaw.com