# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRCIT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CURTIS GILSTRAP and JESSICA GILSTRAP,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No.:<br>5:24-CV-00286-CAR |

## STIPULATION OF DISMISSAL

**COME NOW** the Plaintiffs, CURTIS GILSTRAP and JESSICA GILSTRAP, and Defendant, AUTO-OWNERS INSURANCE COMPANY by and through the undersigned counsels, and hereby files this Stipulation of Dismissal.

Respectfully submitted this 6th day of February 2025.

| | |
|---|---|
| **MERLIN LAW GROUP, P.A.**<br><br>_____<br>**Matthew S. Brown, Esq.**<br>Georgia Bar Number: 088852<br>904-345-4491<br>mbrown@merlinlawgroup.com | **CHARTWELL LAW**<br><br>_/s/ Kevin Kelly_____<br>Kevin Kelly, Esq.<br>Georgia Bar Number: 475246<br>470-660-8738<br>kkelly@chartwelllaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF system, which will electronically serve the foregoing on the following counsel of record:

**Kyle Joyce, Esq.**
**Karen Karabinos, Esq.**
Chartwell Law, LLP.
3200 Cobb Galleria Parkway
Building 200, Ste. 250
Atlanta, GA 30339

_____
*Attorney for Plaintiffs*